(116 App. Div. 924)

SOUTH SHORE TRACTION CO. v. VILLAGE OF PATCHOGUE et al.

(Supreme Court, Appellate Division, Second Department. January 11, 1907.)

Appeal from Special Term, Kings County.

Action by the South Shore Traction Company against the village of Patchogue and another. Defendants appeal from an order granting an injunction. Reversed.

Argued before HIRSCHBERG, P. J., and WOODWARD, RICH, MILLER, and GAYNOR, JJ.

Joseph T. Losee, for appellant village of Patchogue.
Collins, Wells & Hughes, for appellant Suffolk Traction Co.
Arthur Crater Hume, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with costs, upon the authority of South Shore Traction Co. v. Town of Brookhaven (decided herewith) 102 N. Y. Supp. 75.

---

(117 App. Div. 316)

LEAHY v. GAYLORD & EITAPENC CO.

(Supreme Court, Appellate Division, Third Department. January 9, 1907.)

EVIDENCE—OPINIONS OF PHYSICIANS.

Where physicians have stated to the jury no facts tending to show that plaintiff had sustained any permanent injury, and no facts about the examination of him the day before the trial, except that they made it for the purpose of ascertaining his condition, and, besides this, have merely stated that some time after the accident they opened up his scalp and discovered a fissure or fracture, and, without investigating as to depth and details, scraped the bone and cleansed and dressed the wound, it is error to allow them to testify that from their treatment and examination of him, and their examination of him the day before the trial, it was reasonably certain that his injuries would be permanent; and this, though it be assumed that their testimony was based on what plaintiff testified to, as in such case they would be determining the effect of his testimony and what facts it established.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 20, Evidence, § 2376.]

Appeal from Trial Term.

Action by William Leahy against the Gaylord & Eitapenc Company. From a judgment for plaintiff, and from an order denying a motion for new trial on the minutes, defendant appeals. Reversed, and new trial granted.

Argued before SMITH, CHESTER, KELLOGG, and COCHRANE, JJ.

Jenkins, Page & Hays (Maurice E. Page, of counsel), for appellant.
Loughlin & Mangan (James L. Loughlin, of counsel), for respondent.

JOHN M. KELLOGG, J. The plaintiff was injured by an iron pipe falling on his head, and the verdict establishes that the negligence of the defendant's employés caused the injury. The plaintiff swears